IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WENDY J. BLEVINS, | ) | Case No. 8:07cv285 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| OMAHA ZOOLOGICAL SOCIETY d/b/a HENRY DOORLY ZOO, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant an agreement reached in a settlement conference with the undersigned magistrate judge on December 3, 2008,

**IT IS ORDERED:**

1. On or before **January 5, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 4th day of December 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge