IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WENDY J. BLEVINS, | ) | CASE NO.: 8:07CV285 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| OMAHA ZOOLOGICAL SOCIETY d/b/a HENRY DOORLY ZOO, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Stipulation of the parties for dismissal of this matter pursuant to Fed. R. Civ. P. 41 (Filing No. 56).  In consideration of the Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter should be and therefore is dismissed, with prejudice, each party to bear their own costs.

Dated this 10th day of December, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge

W497204